**Order entered December 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01723-CV

### CITY OF DALLAS, Appellant

### V.

### ROBIN LOPEZ, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02070**

## ORDER

We **GRANT** appellant's December 19, 2013 "unopposed motion to lift automatic stay to finalize settlement in trial court and abate interlocutory appeal." We **ORDER** the automatic stay lifted and **ABATE** the appeal. The appeal will be reinstated February 3, 2014 or upon motion by the parties, whichever occurs sooner.


/s/     ELIZABETH LANG-MIERS
JUSTICE